EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

KAHLIMAH JONES, Individually and as the representative of a class of similarly situated persons

Plaintiff,

v.

TELEPATHIC, INC. d/b/a Hooked,

Defendant.

1:20-cv-05236-NGG-SJB

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Kahlimah Jones ("Plaintiff") and Telepathic, Inc. d/b/a Hooked ("Defendant"), by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees.

Dated: FEB. 16, 2021

SHAKED LAW GROUP, P.C.

By: _____
Dan Shaked, Esq.
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
ShakedLawGroup@gmail.com

*Attorneys for Plaintiff*

MORGAN, LEWIS & BOCKIUS LLP

By: _____
Michael F. Fleming
101 Park Avenue
New York, New York 10178
Tel: (212) 309-6207
michael.fleming@morganlewis.com

*Attorneys for Defendant*

**SO ORDERED:**

Dated: February 18, 2021

/s/ Nicholas G. Garaufis
_____
United States District Judge